# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C., by and through his guardian ad litem, M.N.; and M.N., Parent,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | Case No.: CV 13-1452-DMG (MRWx)<br><br>**ORDER GRANTING STIPULATED REQUEST TO DISMISS [84]** |

Based upon the Stipulated Request to Dismiss submitted by the Parties, this matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE